# *State of Rhode Island and Providence Plantations*

***In the Name and by the Authority of the State of Rhode Island***

## *I Donald L. Carcieri*

***Governor of the State of Rhode Island and Providence Plantations***

## *To all who shall see these Presents, Greetings:*

***Know Ye,*** *That reposing special trust and confidence in the integrity, diligence and ability of Lieutenant Jason Allaire and/or his designated agents of the RI Sheriff's Department, I do hereby appoint him Agent on the part of this State, to proceed to the Commonwealth of Pennsylvania for the purpose of demanding and receiving from the proper authorities of said Commonwealth, David Wicks, dob 7-9-59 a/k/a David Bryant Wicks a/k/a Darnell Bryant a/k/a Darrell Brynat a/k/a David Jones a/k/a David C. Jones a/k/a Darrell Bryant a/k/a Anthony Davidson a/k/a Bryant David Jones a/k/a Samuel Mays, Jr., a/k/a David Whicks a/k/a David Wickees, a/k/a David Brian Wickes, Jr., a/k/a Bryant Wicks, a/k/a David B. Wicks, a/k/a David Bryan Wicks, a/k/a David Bryant Wicks, Jr., a/k/a David Wilkes, a/k/a David Brian Wilkes, a/k/a David Bryant Wisks, Jr. a/k/a David Bryant Wick, a/k/a David Brian Wickies, a/k/a David Brian Wicks, a/k/a David Wicky, a/k/a David B. Wilkes, a/k/a David Bryant Wilys, a/k/a 7/6/60, 7/9/54, 7/9/58, 7/9/60, 7/9/62, 7/15/60, 7/19/59, 7/27/62 and 10/9/69, a Fugitive from Justice from the State of Rhode Island charged with the crime(s) of did utter and publish as true a false, forged, altered and counterfeited negotiable instrument, to wit, a travelers check in the amount of $1,000.00, payable through Wells Fargo Bank, knowing the same to be false, forged, altered and counterfeited, with intent to defraud Walmart, and did*

*[illegible] and/or his [illegible] agents of the Rhode Island State Sheriff's [illegible]nt to demand and receive the said Fugitive, and bring him to this State, [illegible] deliver him to the custody of the Sheriff of the County of Kent.*

***In Witness Whereof,*** *I have caused the Seal of the State to be hereunto affixed, this 10th day of February in the year of our Lord two thousand and six.*

***By His Excellency the Governor:***

***Secretary of State***