Mr. David B. Wicks
I/m # 057262
M.C.C.F
60 Eagleville Rd.
Norristown, Pa 19403

To: Clerk of the Court 3/15/06

Please find the enclosed Notice of Removal. Please! I am requesting that you forward me my New Criminal docket Number for U.S. District Court. I am a government Employee but Presently I am dying from Cancer, I am urgently trying to get this worthless check matter transfered to federal Court and then Subsequently transfered to the Federal District Court in Pennsylvania where I am Presently receiving my Kemo therapy. I need the Case number so I can give it to the Courts here dealing with my 28 U.S.C 2254. Thank you Very much! for your time and Patience!,

[signature]