UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

State of Rhode Island,
Plaintiff

v.                                                    CA: 06-40T

David Bryant Wicks,
Defendant

### ORDER DIRECTING ATTORNEY GENERAL TO RESPOND

The State of Rhode Island is hereby ordered to file its response to the Defendant's Notice of Removal pursuant to 28 U.S.C. §1441(a) and §1442(a) on or before **April 4th, 2006**.

Entered as an Order of this Court:

_____
DEPUTY CLERK

SO ORDERED:

_____
Ernest C. Torres
Chief Judge, US District Court

DATE: 3/28/06