**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

State of Rhode Island,
Plaintiff

v. CA: 06-40T

David Bryant Wicks,
Defendant

**ORDER DIRECTING ATTORNEY GENERAL TO RESPOND**

The State of Rhode Island is hereby ordered to file its response to the Defendant's Notice of Removal pursuant to 28 U.S.C. §1441(a) and §1442(a) on or before **April 4th, 2006.**

Entered as an Order of
this Court:

DEPUTY CLERK

SO ORDERED:

Ernest C. Torres
Chief Judge, US District Court

DATE: 3/28/06