Mr. David Bryant Wicks
Inmate Number# 057262
Montgomery County Jail
60 Eagleville, Pennsylvania 19403
Attorney, Pro-Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA,**
Plaintiff,

-vs- Docket No. ~~46 MD 4294-2005~~ C.A. No. 06-40T

**DAVID BRYANT WICKS,**
Defendant.

**DEFENDANT'S MOTION FOR THE ISSUANCE OF WRIT OF HABEAS CORPUS TO KENT COUNTY RHODE ISLAND TO TAKE DEFENDANT INTO CUSTODY**

**COMES NOW,** defendant, David Bryant Wicks, pro-se, and moves this Honorable Court for an Order of the Court directed towards the Kent County, Rhode Island Superior Court, Warwick, Rhode Island, to take the above-captioned defendant into custody by the United States Marshals. Specifically, the defendant respectfully moves this Court pursuant to Title 28 of the United States Code, Section § 1446(e) which states:

> "If the defendant or defendants are in actual custody on process issued by the State court, the district court shall issue its writ of habeas corpus, and the marshal shall thereupon take such defendant or defendants into his custody and deliver a copy of the writ to the clerk of such State court."

**BRIEF STATEMENT OF THE FACTS**

1. Defendant previously filed a Notice of Removal in this Court of which was served upon the Kent County Superior Court of Warwick, Rhode Island apprising the State Court that pursuant to Title 28 U.S.C. § 1441, that Defendant is employed as a federal employee of the United States, acting under the color of his office, being prosecuted in a State Court may, upon

notice remove the criminal proceedings to a federal court.

2. Defendant has since file said notice with this Court and subsequently served a copy of the same upon the Superior Court of Kent County.

3. Defendant is now requesting that this Court issues a writ of habeas corpus directed to the Kent County Superior Court in an attempt to obtain the body of defendant with the United States Marshal thereby taking custody of defendant for further process in accordance of the law.

4. In addition, defendant requests that the court issues an order directed to the United States Marshal to promptly bring the defendant before the United States Magistrate of the U.S. District Court for the Eastern district of Pennsylvania where the criminal case entitled herein may be processed in accordance of the law by transfer to the jurisdiction of Pennsylvania.

Dated this 30 day of March, 2006.

Respectfully
Submitted;

Defendant.

**CERTIFICATE OF SERVICE**

I, David Bryant Wicks, certify that a true copy of the aforegoing was mailed to the Clerk of the Kent County Superior Court, Warwick, Rhode Island, postage prepaid, on this 30 day of March, 2006

Respectfully
Submitted;

Defendant.