**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STATE OF RHODE** | : | |
| | : | |
| **vs.** | : | |
| | : | **C.A. NO. 06-40T** |
| **DAVID BRYANT WICKS** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO *DEFENDANT['S] MOTION FOR THE ISSUANCE OF WRIT OF HABEAS CORPUS TO KENT COUNTY RHODE ISLAND TO TAKE DEFENDANT INTO CUSTODY***

Now comes the State of Rhode Island and, for the reasons expressed in the accompanying memorandum, respectfully objects to the Defendant's *Motion For The Issuance of Writ of Habeas Corpus to Kent County Rhode Island to Take Defendant into Custody*

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 1st day of May, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to David Wicks, at his last known address of M.C.C.F., 60 Eagleville Road, Morristown, PA 19403.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STATE OF RHODE** | : | |
| | : | |
| **vs.** | : | |
| | : | **C.A. NO. 06-40T** |
| **DAVID BRYANT WICKS** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO *DEFENDANT['S] MOTION FOR THE ISSUANCE OF WRIT OF HABEAS CORPUS TO KENT COUNTY RHODE ISLAND TO TAKE DEFENDANT INTO CUSTODY***

In the State of Rhode Island's previously-filed, March 30, 2006, *Objection to Defendant's Notice of Removal*, the State articulated why it believed Defendant was not entitled to remove his case to Federal Court. Because the Defendant's instant *Motion For the Issuance of Writ of Habeas Corpus to Kent County Rhode Island to Take Defendant Into Custody*, would appear to be predicated upon the Defendant's contrary contention, *viz.*, that his relevant Rhode Island criminal case *ought to be* removed to Federal Court, the State would respectfully object to Defendant's *Motion For the Issuance of Writ of Habeas Corpus to Kent County Rhode Island to Take Defendant Into Custody.*

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 1st day of May, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to David Wicks, at his last known address of M.C.C.F., 60 Eagleville Road, Morristown, PA 19403.