**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STATE OF RHODE** | : | |
| | : | |
| vs. | : | **C.A. NO. 06-40T** |
| | : | |
| **DAVID BRYANT WICKS** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO *DEFENDANT['S] MOTION FOR LEAVE TO AMEND PREVIOUS NOTICE OF REMOVAL DUE TO CLERICAL MISTAKES &OVERSIGHT***

Now comes the State of Rhode Island and, for the reasons expressed in the accompanying memorandum, respectfully objects to the Defendant's *Motion For Leave To Amend Previous Notice Of Removal Due To Clerical Mistakes and Oversight.*

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 1st day of May, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to David Wicks, at his last known address of M.C.C.F., 60 Eagleville Road, Morristown, PA 19403.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. NO. 06-40T** |
| | : | |
| **DAVID BRYANT WICKS,** | : | |
| **Defendant** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO *DEFENDANT['S] MOTION FOR LEAVE TO AMEND PREVIOUS NOTICE OF REMOVAL DUE TO CLERICAL MISTAKES & OVERSIGHT***

Defendant moves for leave to "amend [his] previous notice of removal due to clerical mistakes and oversight", principally to pursue removal under section 28 U.S.C. § 1446. *Defendant's Motion* at 2. 28 U.S.C. § 1446, however, does not appear to provide a substantive basis for removal, but only the "procedure for removal". For the reasons previously expressed by the State in its March 30, 2006 *Objection to Defendant's Notice of Removal*, the State does not believe that Defendant is entitled to remove his case to Federal Court.

Wherefore, the State would respectfully object to the Defendant's *Motion for Leave to Amend.*

Respectfully Submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

## CERTIFICATION

I hereby certify that on the 1st day of May, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to David Wicks, at his last known address of M.C.C.F., 60 Eagleville Road, Morristown, PA 19403.

[signature]