Mr. David Bryant Wicks
Inmate Number# 057262
Montgomery County Jail
60 Eagleville Road
Norristown, Pennsylvania 19403

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**STATE OF RHODE ISLAND,**

    Plaintiff,

-vs-                                                                                  Case No. <u>06-40-T</u>

**DAVID BRYANT WICKS,**

    Defendant.

## RESPONSE TO SHOW CAUSE ORDER

In response to the Court's Order to Show Cause, by the Defendant, the Defendant avers the following:

1. Defendant is presently in custody and cannot comply with the Court's order. Defendant cannot physically comply with the Court's Order to provide proof that he is a United States Merchant Seaman other than referring the Court to the United States Coast Guard, the officials over the merchant vessels, in Baltimore, Maryland on North Gay Street. With the Defendant's (Z-number), or social security number: ▮▮▮▮▮, the Coast Guard will surely verify that the defendant is in fact a United States Officer.

2. Also, on July 25, 2004, the Defendant had received instructions from an Agent "Earl" of the Federal Bureau of Investigation, Philadelphia, Pennsylvania, that there was payment from the FBI for defendant to sign as an Informant. Defendant did inform the FBI of the whereabouts of certain known drug dealers and forgers in the Rhode Island area.

3.  Defendant would be providing the State of Rhode Island with information that the FBI has already contacted the District Attorney about previously in Kent County apprising the DA's Office of the assistance the defendant was providing the Federal Bureau of Investigation. This information is recorded with the Kent County District Attorney's Office by an agent named Mike Croaker of the West Virginia FBI whereas defendant had provided said information to assist the law enforcement.

4.  In no way is the defendant attempting to say or litigate that the FBI, or no other law enforcement agency, was involved in the offense in which defendant is criminally charged other than to state that the offense itself was predestined and reported that said act would occur to the Philly FBI and is still ongoing by others in Rhode Island.

5.  Defendant urgently requests that he be afforded a hearing before the federal court so that he could fully explain the situation to the court in more detail.

Dated this _____ day of ____June____, 2006.

_____
Defendant.

### CERTIFICATE OF SERVICE

I, **David Wicks** certify that a true copy of the foregoing was mailed to the Office of the Attorney General, postage prepaid, on this ____ day of ___June___, 2006.