UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND

       v.                        CA No. 06-40-T

DAVID BRYANT WICKS

### ORDER OF DISMISSAL

On May 29, 2006, this Court entered an order directing the petitioner/defendant to show cause why his notice of removal should not be stricken and his removal petition dismissed.

Although the petitioner/defendant filed a response to the show cause order, the response fails to adequately address the grounds set forth in paragraphs 2 and 3 of the order.

Therefore, the petitioner/defendant's notice of removal is hereby stricken and the matter is dismissed.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: June 27, 2006